

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     John P. Guillory and Preis, PLC v. Hallmark Specialty Insurance
                         Company

Appellate case number:   01-22-00081-CV

Trial court case number: 2021-33760

Trial court:             151st District Court of Harris County

      On May 6, 2022, Appellants John P. Guillory and Preis, PLC filed an Unopposed Motion to File Supplemental Brief. The motion is **granted.**

      It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually


Date: June 2, 2022